■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL C. MONTANUS, Appellant. — Judgment unanimously affirmed. Memorandum: When defendant entered a plea of guilty, he forfeited his right to claim that he was deprived of a speedy trial pursuant to CPL 30.30 (*People v Suarez,* 55 NY2d 940; *People v Friscia,* 51 NY2d 845). Defendant's attempt to preserve that issue for review by obtaining the consent of the District Attorney and the approval of the court is of no avail (see *People v O'Brien,* 56 NY2d 1009, 1010; *People v Howe,* 56 NY2d 622). Our determination, however, is without prejudice to a postjudgment application by defendant, if he be so advised, challenging the knowing nature of his guilty plea (see *People v O'Brien,* 84 AD2d 567, 568, affd 56 NY2d 1009, *supra*). (Appeal from judgment of Jefferson County Court, Aylward, J. — driving while intoxicated.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ SANDRA C. WISEMAN, Respondent, v RICHARD C. WISEMAN, Appellant. — Judgment unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: Upon review of the record we find that the amount of child support awarded in the judgment of divorce is insufficient. Accordingly, we modify the judgment to direct that the respondent pay $25 per week support for each of the parties' two children and otherwise affirm. (Appeal from judgment of Supreme Court, Monroe County, Mastrella, J. — divorce — child support.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.